**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. DUGAN JR.; SANDRA K. DUGAN, INDIVIDUALLY AND AS TRUSTEES OF THE DUGAN FAMILY TRUST DATED APRIL 28, 2009,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION<br><br>Defendant. | Case No.: 5:23-cv-01369-CAS-DTB<br><br>ORDER<br><br>HON. CHRISTINA A. SNYDER |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant U.S. BANK, NATIONAL ASSOCIATION to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **May 9, 2025**

*[signature]*

**HON. CHRISTINA A. SNYDER**
UNITED STATES DISTRICT COURT JUDGE